IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KERRI TURNER, Administrator of the Estate of
Ross Turner, Deceased, on behalf of the Estate of
Ross Turner and on behalf of the wrongful death
beneficiaries of Ross Turner, Deceased                                          PLAINTIFF

v.                             Case No. 5:12-CV-05192

LOOMIS ARMORED US, LLC; and JACK E. BLAND                                       DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the parties' joint motion to dismiss with prejudice. (Doc. 43).

It appearing to the Court that the matter has been settled, it is ORDERED that the parties' joint motion (Doc. 43) is GRANTED and the Complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the settlement, with all parties to bear their own costs and fees.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed, that the parties require Court intervention in an unanticipated dispute regarding the settlement, and/or that a party wishes this Court to enforce the settlement agreement specifically.

All other pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 19th day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE